## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Maurrae Stephen Crutchfield,<br><br>Defendant. | Case No. 22-cr-269 (PJS/DJF)<br><br>**ORDER** |

This matter is before the Court on the Government's Second Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2 (ECF No. 53). The Government seeks discovery and disclosure as required by Rules 12.1, 12.2, 12.3, 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The Government's motion is **GRANTED** insofar as Defendant shall provide discovery to the extent required by the applicable Rules. The obligation to provide discovery is continuing. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply:

    a. Initial expert disclosures: **28 days prior to trial**.

    b. Rebuttal expert disclosures: **14 days prior to trial**.

    **SO ORDERED**.

Dated: September 22, 2023

    *s/ Dulce J. Foster*
    Dulce J. Foster
    United States Magistrate Judge

1